## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JESSIE HILL, ADC #104136                                                                    PETITIONER

v.                                        NO. 5:16CV00258-JLH-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                           RESPONDENT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE RECOMMENDED THAT:

1.   Hill's motion for leave to proceed *in forma pauperis* is GRANTED. Document #6.

2.   Hill's motions to correct are DENIED as moot. Documents #3 and #5.

3.   Hill's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE, so that Hill may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition. Document #1.

4.   A certificate of appealability is DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 28th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE